Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AWA, INC.

        Plaintiff,

- against -

M/V EVER UNIFIC etc et al.
        Defendants.
------------------------------------------------------------X

08 Civ. 1039

**FRCP RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, AWA, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Awa, Inc. is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
       January 31, 2008

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

             By: _____
                              Martin F. Casey (MFC-1415)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              (212) 286-0225