UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
AWA, INC.

              Plaintiff,                          08 Civ. 1039 (JSR)

      - against -

                                       **STIPULATION AND ORDER**
M/V EVER UNIFIC etc et al.         **OF DISCONTINUANCE**

             Defendants.
---------------------------------------------------------X

The above-captioned matter having been settled pursuant to agreement by and between the parties,

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
         February 26, 2008


**CASEY & BARNETT, LLC**                    **CICHANOWICZ CALLAN KEANE**
Attorneys for Plaintiff                             **VENGROW & TEXTOR**
                                                            Attorneys for Defendant Evergreen Marine
By: _____[signature]_____                 Corporation
     Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor         By: _____[signature]_____
New York, New York 10017                 Paul M. Keane (PMK-5934)
(212) 286-0225                                  61 Broadway, Suite 3000
                                                         New York, New York 10006
                                                         (212) 344-7042


**SO ORDERED:**

_____[signature]_____
U.S.D.J.

3-10-08


                                                                USDC SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
                                                                DOC #: _____
                                                                DATE FILED: 3-10-08